1 BENJAMIN B. WAGNER
United States Attorney
2 KYLE F. REARDON
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, California  95814
4 Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | D.C. NO. 2-11-cr-0531 KJM |
| ) | |
| v. ) | APPLICATION AND ORDER |
| ) | FOR UNSEALING INDICTMENT |
| MATTHEW MARK BATTERSBY, ) | |
| ) | |
| Defendant. ) | |

On December 16, 2011, the indictment was filed in the above-referenced case.  Since the defendant has now been arrested, it is no longer necessary for the indictment to be sealed.  The government respectfully requests that the indictment and this case be unsealed.

DATED: December 19, 2011           BENJAMIN B. WAGNER
                                   United States Attorney

                                   By:/s/ Kyle F. Reardon
                                      KYLE F. REARDON
                                      Assistant U.S. Attorney

                                   ORDER
SO ORDERED:

DATED: December 19, 2011           /s/ Carolyn K. Delaney
                                   HON. CAROLYN K. DELANEY
                                   U.S. Magistrate Judge