1  BENJAMIN B. WAGNER
United States Attorney
2  KYLE REARDON
Assistant U.S. Attorney
3  501 I Street, Suite 10-100
Sacramento, California  95814
4  Telephone:  (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )      2:11-CR-00531-KJM
                                   )
12            Plaintiff,           )      FINAL ORDER OF FORFEITURE
                                   )
13        v.                       )
                                   )
14  MATTHEW MARK BATTERSBY,        )
                                   )
15            Defendant.           )
    _____)

16

17       WHEREAS, on or about April 26, 2012, this Court entered a

18  Preliminary Order of Forfeiture pursuant to the provisions of 18

19  U.S.C. § 2253 based upon the plea agreement entered into between

20  plaintiff and defendant Matthew Mark Battersby forfeiting to the

21  United States the following property:

22            a)   One Toshiba Satellite laptop computer, serial
                   number 4A495053K;
23
              b)   One Dell laptop computer, service tag number
24                 5MFXYC1; and

25            c)   One Compaq desktop computer, serial number
                   3h99ct9er6k2.
26

27       AND WHEREAS, beginning on May 1, 2012, for at least 30

28  consecutive days, the United States published notice of the

                                                              1

1  Court's Order of Forfeiture on the official internet government

2  forfeiture site www.forfeiture.gov.  Said published notice

3  advised all third parties of their right to petition the Court

4  within sixty (60) days from the first day of publication of the

5  notice for a hearing to adjudicate the validity of their alleged

6  legal interest in the forfeited property.

7       AND WHEREAS, the Court has been advised that no third party

8  has filed a claim to the subject property, and the time for any

9  person or entity to file a claim has expired.

10       Accordingly, it is hereby ORDERED and ADJUDGED:

11       1.  A Final Order of Forfeiture shall be entered forfeiting

12  to the United States of America all right, title, and interest in

13  the above-listed property pursuant to 18 U.S.C. § 2253, to be

14  disposed of according to law, including all right, title, and

15  interest of Matthew Mark Battersby.

16       2.  All right, title, and interest in the above-listed

17  property shall vest solely in the United States of America.

18       3.  The United States Marshals Service shall maintain

19  custody of and control over the subject property until it is

20  disposed of according to law.

21       SO ORDERED this 16th day of October, 2012.

22

23

24  _____
    UNITED STATES DISTRICT JUDGE

25

26

27

28

2